# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

PENNIE PROCTOR, on her own behalf and on
behalf of other similarly situated,

                Plaintiff,

-vs-                                    Case No. 2:10-cv-623-FtM-29SPC

SOUTH FLORIDA BARBEQUE, INC., also
known as SONNY'S BBQ PALM BEACH BLVD.,

                Defendant.
_____

## ORDER

      This matter comes before the Court on the Plaintiff's Unopposed Second Motion for Enlargement of Time to File Answers to Plaintiff and Opt-In Plaintiffs' Court's Interrogatories (Doc. #26) filed on January 10, 2011. The Plaintiff and Opt-In Plaintiffs move the Court for a two (2) week extension of time to file their answers to the Court's Interrogatories. As grounds, Counsel indicates additional time is necessary to receive the executed and notarized Interrogatories. Pursuant to Local Rule 3.01(g), opposing Counsel does not object to the relief requested. Having considered the motion, the Court finds good cause and will grant the extension of time.

      Accordingly, it is now

      **ORDERED:**

      The Plaintiff's Unopposed Second Motion for Enlargement of Time to File Answers to Plaintiff and Opt-In Plaintiffs' Court's Interrogatories (Doc. #26) is **GRANTED**. The Plaintiff and

Opt-In Plaintiffs shall have up to and including **JANUARY 24, 2011** to submit the executed and notarized Court Interrogatories.

      **DONE AND ORDERED** at Fort Myers, Florida, this ___19th___ day of January, 2011.

                                                     SHERI POLSTER CHAPPELL
                                                     UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record