**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

PENNIE PROCTOR, on her own behalf and on
behalf of other similarly situated,

                Plaintiff,

-vs-                                        Case No.  2:10-cv-623-FtM-29SPC

SOUTH FLORIDA BARBEQUE, INC., also
known as SONNY'S BBQ PALM BEACH BLVD.,

                Defendant.
_____

## ORDER

This matter comes before the Court on Plaintiffs' Motion to Strike Defendant's Request for Affirmative Relief (Doc. #62 ) filed on May 26, 2011.  The Court entered an R & R recommending that the Defendant's requested affirmative relief filed in its Response in Opposition to the Plaintiffs' Motion to Enforce Settlement (Doc. # 61), should be denied.  Thus, the instant Motion is moot.

Accordingly, it is now

**ORDERED:**

The Plaintiffs' Motion to Strike Defendant's Request for Affirmative Relief  (Doc. #62 ) is **DENIED as moot**.

**DONE AND ORDERED** at Fort Myers, Florida, this   1st    day of June, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record