**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

LAURIE CAMPBELL, on her own behalf and
on behalf of others similarly situated,

                    Plaintiff,

-vs-                                            Case No.  2:10-cv-623-FtM-29SPC

SOUTH FLORIDA BARBEQUE, INC.,
d/b/a SONNY'S BBQ PALM BEACH BLVD.,
DALE COYNE and ALAN HOROWITZ,
individually,

                    Defendants.
_____

**ORDER**

This matter comes before the Court on the Plaintiff, Laurie Campbell's Motion for Enlargement of Time to Comply with Court's Order Dated October 17, 2011 (Doc. #110) filed on October 20, 2011.  The Plaintiff moves the Court for a one week period of time to file her reply brief to the Defendant's response to her Motion for Attorney's Fees.  Currently the Reply Brief is due on or before October 21, 2011.  The Plaintiff requests that the deadline be moved to October 28, 2011.

Pursuant to M.D. Fla. Local Rule 3.01(g), the Plaintiff's Counsel conferred with Defendants' counsel pursuant to Local Rule 3.01 and is authorized to represent that the Defendants do not oppose the relief sought in this motion, however, they request that the Court move their deadline to their sur-reply one week, up to and including November 4, 2011.   As such, the Court finds good cause to allow the extension of time.

Accordingly, it is now

      **ORDERED:**

The Plaintiff, Laurie Campbell's Motion for Enlargement of Time to Comply with Court's Order Dated October 17, 2011 (Doc. #110) is **GRANTED**.

(1) The Plaintiff Laurie Campbell's Reply Brief to the Defendant's Response in Opposition to the Plaintiff's Motion for Attorney's Fees is due on or before **October 28, 2011.**

(2) The Defendant South Florida Bar-B-Que's Sur-Reply is due on or before **November 4, 2011.**

**DONE AND ORDERED** at Fort Myers, Florida, this   20th   day of October, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record